Amir Nassihi (SBN 235936)
anassihi@shb.com
Andrew L. Chang (SBN 222309)
achang@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Michael L. Mallow (SBN 188745)
mmallow@shb.com
SHOOK, HARDY & BACON L.L.P.
2049 Century Park East, Suite 3000
Los Angeles, CA 90067-3204
Tel: (424) 285-8330 | Fax: (424) 204-9093

Attorneys for Defendant
PORSCHE CARS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FERRY and MOANA HANA FERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-05715-GW-AS<br><br>Assigned to: Hon. George H. Wu<br><br>**DEFENDANT PORSCHE CARS NORTH AMERICA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:  December 23, 2021<br>Time: 8:30 a.m.<br>Courtroom:  9D, 9th Floor |

**TO THE COURT, AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on December 23, 2021, at 8:30 a.m. before the Honorable George H. Wu in Courtroom 9D of the United States District Court for the Central District of California, United States Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Defendant Porsche Cars North America, Inc. ("Porsche") will and hereby does move the Court for an order dismissing Plaintiffs' complaint with prejudice.

This Motion is made on the following grounds:

1. Plaintiffs fail to allege a plausible basis for liability;
2. Plaintiffs fail to allege facts required to seek equitable relief; and
3. Plaintiffs fail to plead any claim under California's Consumers Legal Remedies Act.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 23 and September 29, 2021. *See* Declaration of Amir Nassihi, filed concurrently herewith.

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, supporting declaration, the request for judicial notice filed concurrently herewith, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

Dated: October 13, 2021                     Respectfully submitted,

By: */s/ Amir Nassihi*
          Amir Nassihi

Attorneys for Defendant
Porsche Cars North America, Inc.