1  Amir Nassihi (SBN 235936)
   anassihi@shb.com
2  Andrew L. Chang (SBN 222309)
   achang@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   555 Mission Street, Suite 2300
4  San Francisco, CA 94105
   Tel: (415) 544-1900 | Fax: (415) 391-0281
5
6  Michael L. Mallow (SBN 188745)
   mmallow@shb.com
7  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
8  Los Angeles, CA 90067-3204
   Tel: (424) 285-8330 | Fax: (424) 204-9093
9

10 Attorneys for Defendant
   PORSCHE CARS NORTH AMERICA, INC.
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FERRY and MOANA HANA FERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-05715-GW-AS<br><br>Assigned to: Hon. George H. Wu<br><br>**DEFENDANT PORSCHE CARS NORTH AMERICA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date:  June 27, 2022<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D, 9th Floor<br><br>Second Amended Complaint Filed: April 22, 2022 |

**TO THE COURT, AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on June 27, 2022, at 8:30 a.m. before the Honorable George H. Wu in Courtroom 9D of the United States District Court for the Central District of California, United States Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, Defendant Porsche Cars North America, Inc. ("Porsche") will and hereby does move the Court for an order dismissing Plaintiffs' second amended complaint with prejudice.

This Motion is made on the following grounds:

1. Plaintiffs' only claim,[1] under California's Unfair Competition Law, is time-barred by the statute of limitations.

2. Plaintiffs fail to allege a plausible basis for liability;

3. Plaintiffs fail to allege facts required to seek equitable relief

4. And Plaintiffs fail to plead a basis for future injunctive relief.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 19, 2022. *See* Declaration of Amir Nassihi, filed concurrently herewith.

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, supporting declaration, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

Dated: May 26, 2022                    Respectfully submitted,

By: */s/ Amir Nassihi*
    Amir Nassihi

Attorneys for Defendant
Porsche Cars North America, Inc.

---

[1] Although the complaint's caption refers to a CLRA claim, no such claim is alleged in the body, and Plaintiffs have expressly abandoned any CLRA claim. Dkt. 30 at 2 ("Plaintiffs…are not alleging a CLRA claim at all").