Robert Starr (183052) - robert@starrlaw.com
Adam Rose (210880) - adam@starrlaw.com
Law Office of Robert Starr
23901 Calabasas Rd., #2072
Calabasas, CA 91302

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| John Ferry, et al. | CASE NUMBER |
|---|---|
|  | 2:21-cv-05715-GW-AS |
| Plaintiff(s), |  |
| v. |  |
| Porsche Cars North America, Inc., et al. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). |  |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| July 1, 2022 | /s/ Adam Rose |
|---|---|
| *Date* | *Signature of Attorney/Party* |

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*